**Opinion issued September 14, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00105-CV

————————————

**STEPHEN MARCUM, M.D., P.A., Appellant**

**V.**

**PHILLIP FLOWERS, Appellee**

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Case No. 2020-48927

## MEMORANDUM OPINION

Appellant, Stephen Marcum, M.D., P.A., filed a notice of appeal of the trial court's interlocutory order purportedly denying his motion to dismiss the health care liability claim brought against him in the suit of appellee, Phillip Flowers, for

negligence.  Appellant has now filed a motion to dismiss his appeal.[1]  *See* TEX. R. APP. P. 42.1(a)(1).  Appellant's motion includes a certificate of conference representing that appellee is not opposed to the motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3.  No other party has filed a notice of appeal, and no opinion has issued.  *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss all other pending motions as moot.

Julie Countiss
Justice

Panel consists of Justices Goodman, Landau, and Countiss.

---

[1] On September 2, 2021, in accordance with Texas Rule of Appellate Procedure 42.3, the Clerk of the Court provided appellant with notice of the Court's intention to dismiss his appeal for lack of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).  In response, appellant filed his motion to dismiss.